UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICOLAS ROMAN,

    Plaintiff,

v.                                                         Case No:  2:12-cv-244-Ftm-29SPC

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

    This matter comes before the Court *sua sponte*.  Upon further review of the file, the Court finds that the service forms were improperly completed by Plaintiff.  The summons was served by the United States Marshal on the social security office in Baltimore, Maryland, when in fact the Complaint must be served on the United States Attorney General, the Office of the General Counsel in Atlanta, Georgia, and the United States Attorney for the Middle District of Florida.  Therefore, the Court will direct the Clerk to provide three (3) copies of the summons and Marshal Form 285 to Plaintiff so that they may be properly completed and service may be effectuated by the United States Marshals.

    The Court further notes that Plaintiff was granted *in forma pauperis* status on May 9, 2012. (Doc. #5).  In that Order, the Court directed that the Plaintiff (who was represented by counsel) complete and mail the forms to the Clerk of Court within 14 days of the date of that Order, which would have been May 23, 2012.  Instead, the Plaintiff's attorney completed one Marshal Form 285 for the Commissioner of Social Security (with the incorrect Baltimore address) on December 18, 2012, and the Court received the form on December 21, 2012, some seven months after the Court directed that Plaintiff submit the forms.  Therefore, the Court will

allow Plaintiff 14 days to complete the forms with the correct information for service.  Failure to complete them and submit them to the Court within this time could result in this action being dismissed for failure to prosecute.

Accordingly, it is now **ORDERED:**

(1) The Clerk of Court is directed to mail three (3) summons and Marshal Form 285s to Plaintiff.  Plaintiff shall complete and mail the forms to the Clerk of Court on or before **May 6, 2013**.  **Failure to do so could result in this action being dismissed without prejudice for failure to prosecute.**

(2) The Clerk shall then provide the completed forms to the United States Marshal.  Upon receipt of the completed forms, the **United States Marshal is directed to serve them upon the defendant without cost to the Plaintiff**.

(3) Plaintiff is directed to indicate the following names on the summonses and 285 forms for service:

Commissioner of Social Security
61 Forsyth Street, SW, Suite 20T45
Atlanta, GA 30303-8920

United States Attorney for the Middle District of Florida
400 N. Tampa Street, #3200
Tampa, FL 33602

Attorney General of the United States
10th & Constitution Ave., NW
Washington, DC 20530

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of April, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record