UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICOLAS ROMAN,

    Plaintiff,

v.                                   Case No:   2:12-cv-244-FtM-29DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On May 2, 2012, the Plaintiff, Nicolas Roman filed a Complaint (Doc. 1) requesting the Court to review the final decision of the Commissioner of Social Security Administration.  The Plaintiff claims that he was denied benefits on August 11, 2010 under the Social Security Act by the Administrative Law Judge.  On July 12, 2013, the Commissioner filed an Answer (Doc. 17) and the transcript of the administrative proceedings.

A Scheduling Order (Doc. 19) was entered on July 15, 2013 requiring the Plaintiff to file his Memorandum of Law by September 13, 2013.  No Memorandum of Law was filed.  On September 20, 2013, the Court entered a second Order (Doc. 20) requiring the Plaintiff to file his Memorandum of Law within fourteen (14) days.  Again, the Plaintiff failed to file his Memorandum of Law.  The Court entered an Order to Show Cause (Doc. 21) on October 8, 2013, requiring the Plaintiff to file his Memorandum of Law within 14 days and show good cause in writing why this action should not be dismissed for failure to meet the Court's deadlines and failure to prosecute.  The Court cautioned the Plaintiff that if he filed to file his Memorandum of Law within this period and failed to show good cause, then the Court would

recommend that this action be dismissed.  The Plaintiff failed to respond to the Order to Show Cause.

Pursuant to Local Rule 3.10, "[w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution." M.D. Fla. R. 3.10.  The Plaintiff has failed to comply with Court orders, is not diligently prosecuting this action, and has failed to show good cause why this action should not be dismissed.

**IT IS RESPECTFULLY RECOMMEDED:**

This action be dismissed for failure to comply with Court orders and failure to prosecute.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida on November 4, 2013.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties